**ASHURST PERKINS COIE US LLP**
Joshua Patashnik (SBN 295120)
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 720-5700
joshua.patashnik@ashurstperkins.com

Oliver M. Gold (SBN 279033)
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 788-9900
oliver.gold@ashurstperkins.com

Ryan M. Spear (*pro hac vice forthcoming*)
Erin K. Earl (*pro hac vice forthcoming*)
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 359-8000
ryan.spear@ashurstperkins.com
erin.earl@ashurstperkins.com

*Counsel for Defendants Twitch Interactive, Inc. and Amazon.com, Inc.*
*[Additional counsel listed on signatory page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARREN PANDISCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITCH INTERACTIVE, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.: 3:26-cv-08721-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |
| THOMAS GAMLEN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 3:26-cv-08758-WHO |

(*Additional caption on next page*)

| | |
|---|---|
| EDEN GORDLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TWITCH INTERACTIVE, INC. and AMAZON.COM, INC,<br><br>Defendants. | Case No.: 3:26-cv-09036-WHO |

**STIPULATION**

Under Local Civil Rule 7-12, Plaintiffs Warren Pandiscia, Thomas Gamlen, and Eric Gordley (collectively, "Plaintiffs") and Defendants Twitch Interactive, Inc., and Amazon.com, Inc. (collectively, "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

WHEREAS, the following related proposed class actions are pending in this Court against Defendants Twitch Interactive, Inc. and/or Amazon.com, Inc. ("Twitch" or "Defendants"):

- *Pandiscia v. Twitch Interactive, Inc., et al.*, No. 3:26-cv-08721-WHO (N.D. Cal.) ("*Pandiscia*"), filed on August 20, 2026, and ECF No. 23 (Related Case Order);
- *Gamlen v. Amazon.com, Inc.*, No. 3:26-cv-08758-WHO (N.D. Cal.) ("*Gamlen*"), filed on August 21, 2026, and ECF No. 25 (Related Case Order); and
- *Gordley v. Twitch Interactive, Inc., et al.*, No. 3:26-cv-09036-WHO (N.D. Cal.) ("*Gordley*"), filed on August 26, 2026, and ECF No. 18 (Related Case Order) (together with *Pandiscia* and *Gamlen*, the "Related Cases");

WHEREAS, Plaintiffs in the Related Cases and Defendants have conferred and agree that consolidation is appropriate under Federal Rule of Civil Procedure 42(a) because the Related Cases involve common questions of law and fact. Specifically, the Related Cases name common defendants (Amazon.com, Inc. and/or Twitch, Interactive Inc., a wholly owned subsidiary of Amazon.com, Inc.) and all allege that Defendants violated California statutory and common law when Amazon allegedly used Plaintiffs' Twitch content, including their names, voices, and likenesses (among other things), to train Amazon's artificial intelligence technology. The Related Cases involve overlapping claims, on behalf of overlapping Nationwide and/or California putative classes, for:

- Violation of California Civil Code § 3344 (*Gamlen* and *Gordley*);
- Violation of the common-law right of publicity (*Gamlen* and *Gordley*);
- Violation of California's Unfair Competition Law ("UCL"), California Business & Professions Code § 17200 (*Pandiscia*, *Gamlen*, and *Gordley*);
- Breach of contract (*Pandiscia*);

- Breach of the implied contract and covenant of good faith and fair dealing (*Pandiscia*); and
- Quasi-contract or unjust enrichment (*Pandiscia*, *Gamlen*, and *Gordley*);

WHEREAS, Plaintiffs agree that a streamlined process for the appointment of interim class counsel under Federal Rule of Civil Procedure 23(g)(3) will be beneficial to the effective prosecution of the class claims;

WHEREAS, Defendants do not oppose Plaintiffs' request for a streamlined process for the appointment of interim class counsel, but Defendants (1) deny that class certification is appropriate in this case, and (2) reserve all objections to the appointment of any specific counsel as class counsel on either an interim or permanent basis;

WHEREAS, the Related Cases presently have varying court-imposed deadlines for Defendants' responses to the respective complaints and for submitting a proposed Case Management Plan and Scheduling Order;

WHEREAS, maintaining these varying deadlines prior to consolidation would lead to inefficiency, duplication of effort, and the unnecessary expenditure of resources;

WHEREAS, the parties agree to defer Defendants' deadlines to respond until after the filing of a Consolidated Complaint to conserve party and judicial resources and maximize efficiency;

WHEREAS, the parties agree that the Initial Case Management Conference and related deadlines should be postponed until 45 days after the Consolidated Complaint is filed;

WHEREAS, Defendants reserve all their rights and defenses, including their right, if any, to move to compel arbitration of the above-captioned actions and the Consolidated Action, and Plaintiffs agree that this stipulation does not in any way waive Defendants' right to move to compel arbitration;

WHEREAS, the parties propose, subject to Court approval, that this action proceed on the following schedule:

- Plaintiffs' counsel may file an individual or joint application for consideration as interim class counsel no later than 14 days from the date of entry of the Court's order approving this stipulation, as set forth in paragraph 8, below;
- Defendants and any Plaintiffs may file a response, if any, to any application no later than 7 days after the application is filed;
- Plaintiffs will file a Consolidated Complaint no later than 45 days following the appointment of interim class counsel;
- Defendants will respond to the Consolidated Complaint within 45 days after Plaintiffs file the Consolidated Complaint; and
- If Defendants respond by way of motion, Plaintiffs will have 45 days to oppose the motion, and Defendants will have 30 days to reply.

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval STIPULATE and AGREE that:

1. The Related Cases should be consolidated for all purposes, including pretrial proceedings, trial, and appeal, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action").

2. The case file for the Consolidated Action will be maintained under the Master File Case No. 3:26-cv-08721-WHO, the number assigned to the first-filed case (*Pandiscia*). All papers filed in the Consolidated Action must be filed under Case No. 3:26-cv-08721-WHO, and bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Twitch Generative AI Litigation*<br><br>This Document Relates To:<br><br>____________________ | Case No. 3:26-cv-08721-WHO (consolidated) |

3. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption above. When a pleading is not intended to apply to all actions, the case number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption above (for example, "Case No. 3:26-cv-08758-WHO (N.D. Cal.) (*Gamlen*)").

4. The *Gamlen* and *Gordley* actions shall be terminated in accordance with the regular procedures of the clerk of this court, and any pending schedules, deadlines, or dates shall be terminated and the cases closed.

5. All papers filed and served to date in the *Pandiscia*, *Gamlen*, and *Gordley* actions are part of the record in Case No. 3:26-cv-08721-WHO.

6. Any other case that is subsequently filed in, removed to, or transferred to this District involving the same or substantially similar questions of law and fact as the Consolidated Action shall be consolidated for all purposes. Any party objecting to such consolidation must file a motion requesting relief from this Order within 14 days after the later-filed action is consolidated.

7. As soon as practicable, the parties will notify the Court pursuant to Civil Local Rule 3-12 whenever a related case that should be consolidated into this action is filed in, or transferred to, this District. The parties are not currently aware of any other pending action involving the same or substantively the same issues of law and fact as the above-captioned actions.

8. Any Plaintiff's counsel who has filed an action in this Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than 14 calendar days from the date of entry of the Court's order approving this stipulation. Each individual or joint application shall not exceed 10 double-spaced pages addressing the factors set forth in Federal Rule of Civil Procedure 23(g) and may include a firm resume(s). Defendants and any Plaintiffs may file a five-page double-spaced response (including attachments) to any application, no later than 7 days from the filing deadline of the initial applications.

9. The case will proceed on the following schedule:

- Plaintiffs will file a Consolidated Complaint no later than 45 days following the appointment of interim class counsel;
- Defendants will respond to the Consolidated Complaint within 45 days after Plaintiffs file the Consolidated Complaint;
- If Defendants respond by way of motion, Plaintiffs will have 45 days to oppose the motion and Defendants will have 30 days to reply; and
- The Case Management Conference will be held 45 days after the Consolidated Complaint is filed.

**IT IS SO STIPULATED.**

Dated: September 30, 2026

Respectfully Submitted,

By: /s/ Victor J. Sandoval
Victor J. Sandoval (SBN 344461)
Elena Belov (*Pro Hac Vice*)
**ALMEIDA LAW GROUP LLC**
3415 S Sepulveda Suite 1121
Los Angeles, CA 90034
Telephone: 562-534-5907
Email: victor@almeidalawgroup.com
Email: elena@almeidalawgroup.com

Arturo Peña Miranda (SBN 325108)
**STERLINGTON, PLLC**
228 Park Avenue South, No. 97956
New York, New York 10003
Telephone: (212) 433-2993
Email: arturo.pena@sterlingtonlaw.com

*Counsel for Plaintiff Warren Pandiscia*

By: /s/ Joshua Patashnik
Joshua Patashnik (SBN 295120)
**ASHURST PERKINS COIE US LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (415) 344-7000
Email: joshua.patashnik@ashurstperkins.com

*[Additional counsel listed on next page]*

By: /s/ Adam E. Polk
Adam E. Polk (SBN 273000)
Abbye R. Ognibene (SBN 311112)
Dena C. Sharp (SBN 245869)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: apolk@girardsharp.com
Email: abbyeo@girardsharp.com
Email: dsharp@girardsharp.com

William J. Edelman (SBN 285177)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (771) 474-1121
Email: wedelman@milberg.com

*Counsel for Plaintiff Thomas Gamlen*

Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Sarper Unal (SBN 341739)
Lisa Cintron (SBN 356009)
lcintron@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
Email: twolfson@ahdootwolfson.com
Email: tmaya@ahdootwolfson.com
Email: sunal@ahdootwolfson.com

*Counsel for Plaintiff Eden Gordley*

Oliver M. Gold (SBN 279033)
**ASHURST PERKINS COIE US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 788-9900
Email: oliver.gold@ashurstperkins.com

Ryan M. Spear (pro hac vice forthcoming)
Erin K. Earl (pro hac vice forthcoming)
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Telephone: (206) 359-8000
Email: ryan.spear@ashurstperkins.com
Email: erin.earl@ashurstperkins.com

*Counsel for Defendants Twitch Interactive, Inc. and Amazon.com, Inc.*

**ATTESTATION OF FILER**

I, Joshua Patashnik, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: September 30, 2026 *<u>/s/ Joshua Patashnik</u>*

**[~~PROPOSED~~ ORDER]**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated:October 2, 2026

Hon. William H. Orrick
United States District Judge